\*\* E-filed October 4, 2011 \*\*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INNOVATIVE AUTOMATION, LLC,<br><br>    Plaintiffs,<br>  v.<br>PRIMERA TECHNOLOGY, INC,<br><br>    Defendants.<br>_____/ | No. C11-03409<br><br>**ORDER REQUIRING PARTIES TO FILE ADMINISTRATIVE MOTION UNDER CIVIL L.R. 3-12(b)** |

Excluding *Innovative Automation LLC v. Microtech Systems*, 4:11-cv-01299, which, according to plaintiff's counsel, is settling, there are four other pending cases in this district which may be related to the present one. They are:

*Innovative Automation LLC v. Mediatechnics Systems, Inc.*, 5:11-cv-03410 HRL

*Innovative Automation LLC v. DisCopyLabs*, 3:11-cv-03411 CRB

*Innovative Automation LLC v. Acutrack Inc.*, 5:11-cv-3412 LHK

*Rimage Corp. v. Innovative Automation LLC*, 4:11-cv-04224 DMR

Accordingly, under the authority of Civil L.R. 3-12(c), the parties in the present case are ordered to file forthwith an Administrative Motion to Consider Whether Cases Should be Related (Civil. L.R. 3-12(b)).

**IT IS SO ORDERED.**

Dated: October 4, 2011

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C11-3713 Notice will be electronically mailed to:**

| | |
|---|---|
| Adam Gutride | adam@gutridesafier.com |
| Seth Adam Safier | seth@gutridesafier.com |
| Todd Michael Kennedy | todd@gutridesafier.com |
| Victoria L.H. Booke | vbooke@gmail.com |
| Martin R. Glick | mglick@howardrice.com |
| Edward Andrew Bayley | ebayley@howardrice.com |

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**