1  
John Antoni  (State Bar No. 163738)  
2  ANTONI ALBUS, LLP  
11836 W. Pico Boulevard  
3  Los Angeles, CA 90064  
Phone: 310-954-8020  
4  Facsimile: 310-954-8988  
Email: antoni@aallp.net  
5  

6  Attorneys for Defendant  
Zoran Corporation  

7  

8  UNITED STATES DISTRICT COURT  

9  NORTHERN DISTRICT OF CALIFORNIA  

10  

11  **INNOVUS PRIME LLC,**                        Case No.  5:11-cv-04223-JW  

12          **Plaintiff,**                        **STIPULATION TO EXTEND TIME FOR ZORAN CORPORATION TO RESPOND TO COMPLAINT**

13      **vs.**

14  **LG ELECTRONICS INC.,** *et al.,*            Honorable James Ware

15          **Defendants.**                       Complaint Filed:  Aug. 26, 2011

16  

17          IT IS HEREBY STIPULATED by Plaintiff Innovus Prime LLC and Defendant Zoran  

18  Corporation that the time for Zoran Corporation to move, answer or otherwise respond to the  

19  Complaint is extended to November 11, 2011.  

20  

21  LAW OFFICES OF JOHN W. CARPENTER LLC          ANTONI ALBUS, LLP  

22  

23  ____*/s/ John W. Carpenter*_____          ____*/s/ John Antoni*_____  

24  John W. Carpenter (SBN 221708)                John Antoni (SBN 163738)  
12 Metairie Court                             11836 W. Pico Boulevard  
25  Metairie, LA 70001-3032                       Los Angeles, CA 90064  
(415) 577-0698                                (310) 954-8020  
26  john@jwcarpenterlaw.com                       Antoni@aallp.net  
*Attorneys for Innovus Prime LLC*             *Attorneys for Zoran Corporation*  

27  October 5, 2011  

28  

- 1 -

1

**ATTESTATION**

2        I, John Antoni, am the ECF User whose identification and password are being used to file

3  this Stipulation to Extend Time for Zoran Corporation to Respond to Complaint pursuant to Civil

4  Local Rule 6-1(a).  I hereby attest that John W. Carpenter has concurred in this filing.

5  Dated:  October 5, 2011              ANTONI ALBUS, LLP

6                          By:  ____*/s/ John Antoni*____

7                            John Antoni
                                Attorneys for Defendant

8                            Zoran Corporation

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -