MARTHA C. LUEMERS (SBN 104658)
DORSEY & WHITNEY LLP
305 Lytton Ave.
Palo Alto, CA 94301
Telephone: (650) 857-1717
Facsimile: (650) 857-1288
E-Mail: efilingpa@dorsey.com
luemers.martha@dorsey.com

PAUL T. MEIKLEJOHN
*Pro hac vice admission to be applied for*
DOUGLAS F. STEWART
*Pro hac vice admission to be applied for*
DORSEY & WHITNEY LLP
701 Fifth Avenue, Suite 6100
Seattle, CA 94303
Telephone: (206) 903-8800
Facsimile: (206) 903-8820
E-Mail: meiklejohn.paul@dorsey.com
stewart.douglas@dorsey.com

Attorneys for Defendants
Toshiba Corp.
Toshiba America, Inc.
Toshiba America Information Systems

**IT IS SO ORDERED**
*James Ware*
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INNOVUS PRIME LLC,<br><br>Plaintiff,<br><br>v.<br><br>LG ELECTRONICS INC., *et al.*,<br><br>Defendant. | CASE NO. 3:11-cv-04223-JW<br><br>**STIPULATION AND NOTICE OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT TOSHIBA AMERICA, INC.**<br><br>**Honorable James Ware** |

-1-
**STIPULATION AND NOTICE OF DISMISSAL OF DEFENDANT TOSHIBA AMERICA, INC. –
Case No. 3:11-cv-04223-JW**

1   IT IS HEREBY STIPULATED and agreed that Defendant Toshiba America, Inc. is dismissed, without prejudice, from the above-entitled matter pursuant to Fed.R. Civ. P. 41(a). Each party shall bear its own costs and attorneys' fees.

DATED: October 7, 2011        LAW OFFICES OF JOHN W. CARPENTER, LLC


By:   /S/ *John W. Carpenter*
      JOHN W. CARPENTER (SBN 221708)
      Law Office of John W. Carpenter, LLC
      12 Metairie Court
      Metairie, LA 70001-3032
      (415) 577-0698
      john@jwcarpenterlaw.com
      Attorneys for Plaintiff
      Innovus Prime LLC

DATED: October 7, 2011        DORSEY & WHITNEY LLP


By:   /S/ *Martha C. Luemers*
      MARTHA LUEMERS
      Attorneys for Defendants
      Toshiba Corp.
      Toshiba America, Inc.
      Toshiba America Information Systems

Filer's Attestation of Concurrence by Signatory

I, Martha C. Luemers, counsel for Toshiba Corp., Toshiba America, Inc. and Toshiba America Information Systems, hereby attest that I have obtained the concurrence of John W. Carpenter in the filing of this document.

   /S/ *Martha C. Luemers*
   MARTHA C. LUEMERS