MARTHA C. LUEMERS   (SBN 104658)
DORSEY & WHITNEY LLP
305 Lytton Ave.
Palo Alto, CA 94301
Telephone:  (650) 857-1717
Facsimile:  (650) 857-1288
E-Mail:  efilingpa@dorsey.com
         luemers.martha@dorsey.com

PAUL T. MEIKLEJOHN
*Pro hac vice admission to be applied for*
DOUGLAS F. STEWART
*Pro hac vice admission to be applied for*
DORSEY & WHITNEY LLP
701 Fifth Avenue, Suite 6100
Seattle, CA 94303
Telephone:  (206) 903-8800
Facsimile:  (206) 903-8820
E-Mail:  meiklejohn.paul@dorsey.com
         stewart.douglas@dorsey.com

Attorneys for Defendants
Toshiba Corp.
Toshiba America, Inc.
Toshiba America Information Systems

IT IS SO ORDERED

Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INNOVUS PRIME LLC,<br><br>Plaintiff,<br><br>v.<br><br>LG ELECTRONICS INC., *et al.*,<br><br>Defendant. | CASE NO. 3:11-cv-04223-JW<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TOSHIBA CORPORATION AND TOSHIBA AMERICA INFORMATION SYSTEMS TO RESPOND TO COMPLAINT**<br><br>**Honorable James Ware**<br><br>**Complaint Filed:  August 26, 2011** |

IT IS HEREBY STIPULATED by Plaintiff Innovus Prime LLC and Defendants Toshiba Corporation and Toshiba America Information Systems, Inc. (collectively "Toshiba") that the time for Toshiba to move, answer, or otherwise respond to the complaint is extended to and including December 15, 2011.

-1-
**STIPULATION TO EXTEND TIME FOR DEFENDANTS TOSHIBA CORPORATION AND TOSHIBA AMERICA INFORMATION SYSTEMS TO RESPOND TO COMPLAINT - Case No. 3:11-cv-04223-JW**

DATED: October 7, 2011                    DORSEY & WHITNEY LLP


                                          By:    /S/ *Martha C. Luemers*
                                                 MARTHA LUEMERS
                                                 Attorneys for Defendants
                                                 Toshiba Corp.
                                                 Toshiba America, Inc.
                                                 Toshiba America Information Systems


DATED: October 7, 2011                    LAW OFFICES OF JOHN W. CARPENTER, LLC


                                          By:    /S/ *John W. Carpenter*
                                                 JOHN W. CARPENTER (SBN 221708)
                                                 Law Office of John W. Carpenter, LLC
                                                 12 Metairie Court
                                                 Metairie, LA  70001-3032
                                                 (415) 577-0698
                                                 john@jwcarpenterlaw.com
                                                 Attorneys for Plaintiff
                                                 Innovus Prime LLC


                      Filer's Attestation of Concurrence by Signatory

I, Martha C. Luemers, counsel for Toshiba Corp., Toshiba America, Inc. and Toshiba America Information Systems, hereby attest that I have obtained the concurrence of John W. Carpenter in the filing of this document.

                                                  /S/ *Martha C. Luemers*
                                                 MARTHA C. LUEMERS

**STIPULATION TO EXTEND TIME FOR DEFENDANTS TOSHIBA CORPORATION AND TOSHIBA AMERICA INFORMATION SYSTEMS TO RESPOND TO COMPLAINT - Case No. 3:11-cv-04223-JW**