Marc N. Bernstein (CA SBN 145837)
Email: mbernstein@blgrp.com
Will B. Fitton (CA SBN 181828)
Email: wfitton@blgrp.com
THE BERNSTEIN LAW GROUP, P.C.
555 Montgomery Street, Suite 1650
San Francisco, California 94111
Telephone: 415-765-6633
Facsimile: 415-283-4804

MICHAEL V. SOLOMITA (*pro hac vice pending*)
AMSTER ROTHSTEIN & EBENSTEIN LLP
90 Park Avenue
New York, New York 10016
Telephone: 212-336-8000
Facsimile: 212-336-8001

Attorneys for Defendants
FUNAI CORPORATION, INC. and
FUNAI ELECTRIC COMPANY, LTD

**IT IS SO ORDERED**
*Judge James Ware*

# IN THE UNITED STATE DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| INNOVUS PRIME, LLC,<br><br>    Plaintiff,<br><br> v.<br><br>LG ELECTRONICS, INC., *et al.*,<br><br>    Defendants. | Civil Action No.: 3:11-cv-04223-JW<br><br>**STIPULATION TO EXTEND TIME FOR FUNAI DEFENDANTS TO RESPOND TO COMPLAINT PURSUANT TO CIVIL LOCAL RULE 6-1(a)** |

**STIPULATION RE EXTENSION OF TIME TO RESPOND**

Pursuant to Local Rule 6-1(a), Plaintiff Innovus Prime, LLC and Defendants Funai Electric Co., Ltd., a Japanese company, ("Funai Japan") and Funai Corporation, Inc., its United States subsidiary, ("Funai U.S."), by and through their respective counsel, hereby stipulate and agree that Funai Japan will waive service of the summons and complaint and counsel for Funai Japan will accept service on its behalf, and that the time for both Funai

1  Japan and Funai U.S. to answer or otherwise respond to the Complaint is extended by sixty
2  days, to and including December 12, 2011.[1]
3      In accordance with N.D. Cal. General Order No. 45, Section X, the filer of this
4  document hereby attests that the concurrence to the filing of this document has been
5  obtained from the other signatory hereto.

                                    Respectfully submitted,

Dated:  October 7, 2011

Marc N. Bernstein
Will B. Fitton
THE BERNSTEIN LAW GROUP, P.C.

Michael V. Solomita
AMSTER, ROTHSTEIN & EBENSTEIN, LLP

By:        /s/
       Will B. Fitton

Attorneys for Defendants
FUNAI CORPORATION, INC. and
FUNAI ELECTRIC COMPANY, LTD

Dated: October 7, 2011

John W. Carpenter
LAW OFFICES OF JOHN W. CARPENTER LLC

By:        /s/
       John W. Carpenter

Attorneys for Plaintiff
INNOVUS PRIME, LLC

---

[1] The sixtieth day technically falls upon Saturday, December 10, 2011.  Accordingly, pursuant to Federal Rule of Civil Procedure 6, the deadline to file a response to the Complaint falls upon "the next day that is not a Saturday, Sunday, or legal holiday," which is Monday, December 12, 2011.