CHRISTOPHER J. COX, Bar No. 151650
Email: chris.cox@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Tel: (650) 802-3000
Fax: (650) 802-3100

Attorneys for Defendant,
Panasonic Corporation of North America

**IT IS SO ORDERED**
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Innovus Prime LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>LG Electronics, Inc., et al.,<br><br>        Defendants. | Case No. CV11 04223 JW<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT PANASONIC CORPORATION OF NORTH AMERICA TO RESPOND TO COMPLAINT FOR PATENT INFRINGEMENT**<br><br>Date of Filing:    8-26-2011<br><br>Hon. James Ware |

      Pursuant to Local Rule 6-1(a), Plaintiff Innovus Prime LLC and Defendant Panasonic Corporation of North America (hereinafter "PNA") agree to extend PNA's time to respond or otherwise plead to plaintiff's Complaint for Patent Infringement filed in this court on August 26, 2011 ("Complaint") up to and including November 21, 2011.

      This change will not alter the date of any event or any deadline already fixed by Court order.

Pursuant to General Order 45, § X(B) counsel for PNS hereby attests that concurrence in the filing of this document has been obtained from the other signatory of this document.

Dated: October 11, 2011

CHRISTOPHER J. COX
WEIL, GOTSHAL & MANGES LLP

By: */s/ Christopher J. Cox*
        Christopher J. Cox

WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000

Attorneys for Defendant
Panasonic Corporation of North America

Dated: October 8, 2011

LAW OFFICES OF JOHN W. CARPENTER LLC

By: */s/ John W. Carpenter*
        John W. Carpenter

12 Metairie Court
Metairie, LA 70001-3032
Telephone: (415) 577-0698

Attorneys for Plaintiff
Innovus Prime LLC