VINCENT J. BELUSKO (CA SBN 100282)
VBelusko@mofo.com
NICOLE M. SMITH (CA SBN 189598)
NSmith@mofo.com
MORRISON & FOERSTER LLP
555 West Fifth Street
Los Angeles, California 90013-1024
Telephone: 213.892.5200
Facsimile: 213.892.5454

Attorneys for Defendants
MITSUBISHI ELECTRIC VISUAL SOLUTIONS AMERICA
and MITSUBISHI DIGITAL ELECTRONICS AMERICA, INC.

*IT IS SO ORDERED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INNOVUS PRIME LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LG ELECTRONICS INC., et al.,<br><br>　　　　　Defendant(s). | Case No. CV 11-4223 JW<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT FOR PATENT INFRINGEMENT**<br><br>The Honorable James Ware<br><br>Complaint Filed: August 26, 2011 |

　　　Pursuant to Northern District Local Rule 6-1(a), it is hereby stipulated by and between Plaintiff INNOVUS PRIME LLC and Defendants MITSUBISHI ELECTRIC VISUAL SOLUTIONS AMERICA and MITSUBISHI DIGITAL ELECTRONICS AMERICA, INC. that MITSUBISHI ELECTRIC VISUAL SOLUTIONS AMERICA and MITSUBISHI DIGITAL ELECTRONICS AMERICA, INC. shall have until and including November 11, 2011 to answer or otherwise respond to Complaint for Patent Infringement. This extension will not alter the date of any event or any deadline already fixed by Court order.

<u>Attestation of Signatory</u>

The below signatory hereby attests that concurrence in the filing of this document has been obtained from John W. Carpenter

Dated: October 11, 2011
VINCENT J. BELUSKO
NICOLE M. SMITH
MORRISON & FOERSTER LLP

By: /s/ Vincent J. Belusko
    Vincent J. Belusko
    Attorneys for Defendants
    MITSUBISHI ELECTRIC VISUAL
    SOLUTIONS AMERICA and MITSUBISHI
    DIGITAL ELECTRONICS AMERICA, INC.

Dated: October 11, 2011
JOHN W. CARPENTER
LAW OFFICES OF JOHN W. CARPENTER LLC

By:/s/ John W. Carpenter
    John W. Carpenter
    Attorneys for Plaintiff
    INNOVUS PRIME LLC