Nicholas A. Brown (SBN 198210)
GREENBERG TRAURIG, LLP
153 Townsend Street, 8th Fl.
San Francisco, CA 94107
Telephone: (415) 655-1300
Facsimile: (415) 707-2010
Email: brownn@gtlaw.com

Attorneys for Defendant
LG Electronics, U.S.A.

IT IS SO ORDERED

*James Ware*

Judge James Ware

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Innovus Prime LLC, | CASE NO. 3:11-cv-04223 JW |
| Plaintiff, | **STIPULATION TO EXTEND TIME FOR DEFENDANT LG ELECTRONICS, U.S.A. TO RESPOND TO COMPLAINT** |
| v. | |
| LG Electronics Inc., et al. | |
| Defendants. | Complaint Filed: August 26, 2011 |

IT IS HEREBY STIPULATED by Plaintiff Innovus Prime LLC and Defendant LG Electronics, U.S.A. that the time for LG Electronics, U.S.A. to move, answer, or otherwise respond to the complaint is extended by 30 days to and including November 10, 2011.

### Filer's Attestation Of Concurrence By Signatory

I, Nicholas A. Brown, counsel for Defendant LG Electronics, U.S.A. hereby attest that LG Electronics USA has obtained the concurrence of John W. Carpenter in the filing of this document.

DATED: October 11, 2011    GREENBERG TRAURIG, LLP


By: _____/s/ Nicholas A. Brown _____
  Nicholas A. Brown
  Attorneys for Defendant
  LG ELECTRONICS, U.S.A.

Of Counsel:
  Richard D. Harris
  Kevin J. O'Shea
  Jeffrey G. Mote
  GREENBERG TRAURIG, LLP
  77 West Wacker Drive, Suite 3100
  Chicago, IL 60601
  Telephone:  (312) 456-1025
  Facsimile:  (312) 899-0385


DATED: October 11, 2011    LAW OFFICES OF JOHN W. CARPENTER, LLC


By: ____/s/ John W. Carpenter (by permission) __
  John W. Carpenter (SBN) 221708
  Law Offices of John W. Carpenter, LLC
  12 Metairie Court
  Metairie, LA  70001-3032
  (415) 577-0698
  Email:  john@jwcarpenterlaw.com
  Attorneys for Plaintiff
  INNOVUS PRIME LLC