JOSEPH E. THOMAS (State Bar No. 101443)
*jthomas@twtlaw.com*
WILLIAM J. KOLEGRAFF (State Bar No. 183861)
*wkolegraff@twtlaw.com*
**THOMAS WHITELAW & TYLER LLP**
18101 Von Karman Avenue, Suite 230
Irvine, California 92612-7132
Telephone: (949) 679-6400
Facsimile: (949) 679-6405

W. PAUL SCHUCK (State Bar No. 203717)
*pschuck@twtlaw.com*
**THOMAS WHITELAW & TYLER LLP**
Three Embarcadero Center, Suite 1350
San Francisco, California 94111
Telephone: (415) 820-0400
Facsimile: (415) 820-0405

Attorneys for Defendant VIZIO, INC.

*IT IS SO ORDERED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INNOVUS PRIME LLC,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>LG ELECTRONICS INC., *et al*,<br><br>　　　　Defendants. | CASE NO. CV 11-4223 JW<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT VIZIO, INC. TO RESPOND TO COMPLAINT FOR PATENT INFRINGEMENT**<br><br>Date of filing: August 26, 2011<br><br>Judge: The Honorable James Ware |

Pursuant to Civil Local Rule 6-1(a), Plaintiff Innovus Prime LLC and Defendant Vizio, Inc. ("Vizio") agree to extend Vizio's time to respond or otherwise plead to Plaintiff's Complaint for Patent Infringement (Docket No. 1) filed in this Court on August 26, 2011, up to and including October 25, 2011.

This change in time will not alter the date of any event or any deadline currently fixed by Court order.

Pursuant to General Order 45 section X(B), counsel for Vizio hereby attests that concurrence in the filing of this stipulation has been obtained from the other signatory of this document.

DATED: October 12, 2011	THOMAS WHITELAW & TYLER LLP


By: /s/ *Joseph E. Thomas*
    JOSEPH E. THOMAS
    WILLIAM J. KOLEGRAFF

    18101 Von Karman Avenue, Suite 230
    Irvine, California 92612-7132
    Telephone:   (949) 679-6400
    Facsimile:    (949) 679-6405

    Attorneys for Defendant VIZIO, INC.


DATED: October 11, 2011	LAW OFFICES OF JOHN W. CARPENTER LLC


By: /s/ *John W Carpenter*
    JOHN W. CARPENTER

    12 Metairie Court
    Metairie, LA 70001-3032
    Telephone: (415) 577-0698
    Facsimile: (866) 410-6248

    Attorneys for Plaintiff INNOVUS PRIME LLC