1 VIRGINIA A. CRISP (State Bar No. 121387)
COBLENTZ, PATCH, DUFFY & BASS LLP
2 One Ferry Building, Suite 200
San Francisco, California 94111-4213
3 Telephone: 415.391.4800
Facsimile: 415.989.1663
4 Email: ef-vac@cpdb.com

5 ROBERT W. ADAMS
*pro hac vice admission to be applied for*
6 NIXON & VANDERHYE P.C.
901 North Glebe Road, 11th Floor
7 Arlington, Virginia 22203

8 Attorneys for Defendants
SHARP CORPORATION, SHARP ELECTRONICS
9 MANUFACTURING COMPANY OF AMERICA,
INC. and SHARP ELECTRONICS
10 CORPORATION

**IT IS SO ORDERED**

*[signature]* Judge James Ware

11 **UNITED STATES DISTRICT COURT**

12 **NORTHERN DISTRICT OF CALIFORNIA**

13 **SAN FRANCISCO DIVISION**

14

| | |
|---|---|
| 15 INNOVUS PRIME LLC,<br><br>16     Plaintiff,<br><br>    v.<br>17<br>LG ELECTRONICS INC., *et al.*,<br>18<br>    Defendants.<br>19<br>20 | Case No. 3:11-cv-04223-JW<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS SHARP CORPORATION, SHARP ELECTRONICS MANUFACTURING COMPANY OF AMERICA, INC. AND SHARP ELECTRONICS CORPORATION TO RESPOND TO COMPLAINT PURSUANT TO CIVIL LOCAL RULE 6-1(a)**<br><br>Honorable James Ware<br><br>Complaint Filed:     Aug. 26, 2011 |

22     IT IS HEREBY STIPULATED by Plaintiff Innovus Prime LLC and Defendants Sharp

23 Corporation, Sharp Electronics Manufacturing Company of America, Inc. (incorrectly named in

24 the Complaint as "Sharp Electronics Manufacturing Company") and Sharp Electronics

25 Corporation (collectively "Sharp Defendants") that the Sharp Defendants shall have ninety (90)

26 days following service of an Amended Complaint in this action to move, answer or otherwise

27 respond to the Amended Complaint.

28 //

10123.004.1888844v1

1

Case No. 3:11-cv-04223-JW

**STIPULATION TO EXTEND TIME FOR SHARP DEFENDANTS TO RESPOND TO COMPLAINT**

COBLENTZ, PATCH, DUFFY & BASS LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CALIFORNIA 94111-4213
415.391.4800 · FAX 415.989.1663

COBLENTZ, PATCH, DUFFY & BASS LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CALIFORNIA 94111-4213
415.391.4800 · FAX 415.989.1663

1  DATED: October 17, 2011          LAW OFFICES OF JOHN W. CARPENTER LLC

2

3                                   By:    //s// John W. Carpenter
                                          John W. Carpenter
4                                         Attorneys for Plaintiff
                                          Innovus Prime LLC
5

6

7  DATED: October 17, 2011          COBLENTZ, PATCH, DUFFY & BASS LLP

8

9                                   By:    //s// Virginia A. Crisp
                                          Virginia A. Crisp
10                                        Attorneys for Defendants
                                          Sharp Corporation, Sharp Electronics
11                                        Manufacturing Company of America, Inc. and
                                          Sharp Electronics Corporation
12

13                                  ATTESTATION

14        I, Virgina A. Crisp, am the ECF User whose identification and password are being used to

15  file this Stipulation to Extend Time for Defendants Sharp Corporation, Sharp Electronics

16  Manufacturing Company of America, Inc. and Sharp Electronics Corporation to Respond to

17  Complaint pursuant to Civil Local Rule 6-1(a).  I hereby attest that John W. Carpenter has

18  concurred in this filing.

19  DATED: October 17, 2011          COBLENTZ, PATCH, DUFFY & BASS LLP

20

21                                  By:    //s// Virginia A. Crisp
                                          Virginia A. Crisp
22                                        Attorneys for Defendants
                                          Sharp Corporation, Sharp Electronics
23                                        Manufacturing Company of America, Inc. and
                                          Sharp Electronics Corporation
24

25

26

27

28

10123.004.1888844v1                          2                    Case No. 3:11-cv-04223-JW

**STIPULATION TO EXTEND TIME FOR SHARP DEFENDANTS TO RESPOND TO COMPLAINT**