1  JOSEPH E. THOMAS (State Bar No. 101443)
   *jthomas@twtlaw.com*
2  WILLIAM J. KOLEGRAFF (State Bar No. 183861)
   *wkolegraff@twtlaw.com*
3  **THOMAS WHITELAW & TYLER LLP**
   18101 Von Karman Avenue, Suite 230
4  Irvine, California 92612-7132
   Telephone:    (949) 679-6400
5  Facsimile:     (949) 679-6405

6  W. PAUL SCHUCK (State Bar No. 203717)
   *pschuck@twtlaw.com*
7  **THOMAS WHITELAW & TYLER LLP**
   Three Embarcadero Center, Suite 1350
8  San Francisco, California 94111
   Telephone:    (415) 820-0400
9  Facsimile:     (415) 820-0405

10

11 Attorneys for Defendant VIZIO, INC.

12              UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA

14                   SAN JOSE DIVISION

15

16 INNOVUS PRIME LLC,                    CASE NO. CV 11-4223 JW

17              Plaintiff,               **STIPULATION TO EXTEND TIME FOR
                                         DEFENDANT VIZIO, INC. TO RESPOND
18       vs.                             TO COMPLAINT FOR PATENT
                                         INFRINGEMENT**
19 LG ELECTRONICS INC., *et al*,
                                         Date of filing: August 26, 2011
20              Defendants.
                                         Judge: The Honorable James Ware
21

22       Pursuant to Civil Local Rule 6-1(a), Plaintiff Innovus Prime LLC ("IP") and Defendant

23 Vizio, Inc. ("Vizio") agree to extend Vizio's time to respond or otherwise plead to Plaintiff's

24 Complaint for Patent Infringement (Docket No. 1) filed in this Court on August 26, 2011, up to

25 and including November 21, 2011.

26       This is the second stipulation between IP and Vizio. (*See* Docket No. 30.) This change in

27 time will not alter the date of any event or any deadline currently fixed by Court order.

28

125697                                                      Case No. CV 11-4223 JW
   STIPULATION TO EXTEND TIME FOR DEFENDANT VIZIO TO RESPOND TO COMPLAINT

Case3:11-cv-04223-JW   Document44   Filed10/25/11   Page2 of 2

1    Pursuant to General Order 45 section X(B), counsel for Vizio efiling this document hereby

2 attests that concurrence in the filing of this stipulation has been obtained from the other signatory

3 of this document.

4

5 DATED: October 20, 2011          THOMAS WHITELAW & TYLER LLP

6

7                                  By: /s/ *Joseph E. Thomas*

8                                       JOSEPH E. THOMAS
                                        WILLIAM J. KOLEGRAFF
9                                       W. PAUL SCHUCK

10                                      18101 Von Karman Avenue, Suite 230
                                        Irvine, California  92612-7132
11                                      Telephone:    (949) 679-6400
                                        Facsimile:    (949) 679-6405

12                                      Attorneys for Defendant VIZIO, INC.

13

14 DATED: October 20, 2011          LAW OFFICES OF JOHN W. CARPENTER LLC

15

16                                  By: /s/ *John W Carpenter*

17                                      JOHN W. CARPENTER

18                                      12 Metairie Court
                                        Metairie, LA  70001-3032
19                                      Telephone: (415) 577-0698
                                        Facsimile:  (866) 410-6248

20

21                                      Attorneys for Plaintiff INNOVUS PRIME LLC

22

23

24

25

26

27

28