1  Nicholas A. Brown (SBN 198210)
   GREENBERG TRAURIG, LLP
2  153 Townsend Street, 8th Fl.
   San Francisco, CA 94107
3  Telephone: (415) 655-1300
   Facsimile: (415) 707-2010
4  Email: brownn@gtlaw.com

5  Attorneys for Defendant
   LG Electronics, U.S.A., Inc. and
6  LG Electronics MobileCom U.S.A., Inc.

IT IS SO ORDERED
/s/ James Ware
Judge James Ware

8              UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

Innovus Prime LLC,

         Plaintiff,

    v.

LG Electronics Inc., et al.

         Defendants.

CASE NO. 3:11-cv-04223 JW

**STIPULATION TO EXTEND TIME FOR DEFENDANTS LG ELECTRONICS U.S.A., INC. AND LG ELECTRONICS MOBILECOM U.S.A., INC. TO RESPOND TO COMPLAINT**

Complaint Filed: August 26, 2011

2nd Amended
Complaint Filed: November 2, 2011

STIPULATION TO EXTEND TIME FOR DEFENDANTS LG ELECTRONICS, U.S.A. AND LG ELECTRONICS MOBILECOM, U.S.A. TO RESPOND TO COMPLAINT

Case No. 3:11-CV-04223-JW

1   WHEREAS, Plaintiff Innovus Prime LLC ("Plaintiff") filed a second amended
2   complaint on November 2, 2011;
3   IT IS HEREBY STIPULATED by Plaintiff and defendants LG Electronics U.S.A., Inc.,
4   and LG Electronics MobileCom U.S.A., Inc. that the time for LG Electronics U.S.A., Inc. and
5   LG Electronics MobileCom U.S.A., Inc. to move, answer, or otherwise respond to the
6   complaint is extended to and including December 9, 2011.
7   Plaintiff and LG Electronics U.S.A. Inc., previously stipulated to extend the time for LG
8   Electronics U.S.A. Inc. to respond to the initial complaint to November 10, 2011. LG
9   Electronics MobileCom U.S.A., Inc. has not previously requested or received any extensions of
10  time in this matter.
11  This stipulated change in time will not alter the date of any event or any deadline
12  currently fixed by Court order.

<u>Filer's Attestation Of Concurrence By Signatory</u>

I, Nicholas A. Brown, counsel for Defendant hereby attest that LG Electronics U.S.A., Inc., and LG Electronics MobileCom U.S.A., Inc. have obtained the concurrence of John W. Carpenter in the filing of this document.

DATED: November 3, 2011                GREENBERG TAURIG, LLP

                                       By: /s/ Nicholas A. Brown
                                           Nicholas A. Brown
                                           Attorneys for Defendant
                                           LG Electronics, U.S.A., Inc. and
                                           LG Electronics MobileCom U.S.A., Inc.
                                           .

                                       Of Counsel:
                                           Richard D. Harris
                                           Kevin J. O'Shea
                                           Jeffrey G. Mote
                                           GREENBERG TRAURIG, LLP
                                           77 West Wacker Drive, Suite 3100
                                           Chicago, IL 60601
                                           Telephone: (312) 456-1025
                                           Facsimile: (312) 899-0385

STIPULATION TO EXTEND TIME FOR           -1-           Case No. 3:11-CV-04223-JW
DEFENDANTS LG ELECTRONICS, U.S.A., INC.
AND LG ELECTRONICS MOBILECOM, U.S.A.,
INC. TO RESPOND TO COMPLAINT

1

2  DATED:  November 2, 2011                LAW OFFICES OF JOHN W. CARPENTER, LLC

3

4
                                           By: /s/  *John W. Carpenter (by permission)*
5                                              John W. Carpenter (SBN) 221708
                                               Law Offices of John W. Carpenter, LLC
6                                              12 Metairie Court
                                               Metairie, LA  70001-3032
7                                              (415) 577-0698
                                               Email:  john@jwcarpenterlaw.com
8                                              Attorneys for Plaintiff
                                               INNOVUS PRIME LLC
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
STIPULATION TO EXTEND TIME FOR                -2-                Case No. 3:11-CV-04223-JW
DEFENDANTS LG ELECTRONICS, U.S.A., INC.
AND LG ELECTRONICS MOBILECOM, U.S.A.,
INC. TO RESPOND TO COMPLAINT