**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Innovus Prime, LLC, | NO. C 11-04223 JW |
| Plaintiff, | **ORDER APPOINTING INTERNATIONAL PROCESS SERVER** |
| v. | |
| LG Electronics, Inc., et al., | |
| Defendants. | |

Presently before the Court is Plaintiff's Request for the Appointment of an International Process Server.[1] (See Docket Item No. 52.) Plaintiff contends that Defendant LG Electronics, Inc. ("LG Electronics") is "refusing to give its [United States] counsel the authority to accept service of the Complaint on its behalf," which requires Plaintiff to have Defendant LG Electronics served in Korea. (Id. at 2.)

Chapter 1, Article 3 of the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters developed at the Tenth Session of the Hague Conference on Private International Law on November 15, 1965 provides that the "authority or judicial officer competent under the law of the State in which the documents originate shall forward to the Central Authority of the State addressed a request conforming to the model annexed to the present

---

[1] Although Plaintiff has requested that the Court appoint an international process server, Plaintiff has not brought this request before the Court in the form of a Motion, but rather in the form of a Proposed Order. Because the Court finds that it can address Plaintiff's Request in the form presented, the Court construes the Request as a Motion. However, the Court admonishes Plaintiff that the Local Rules require that any written request to the Court for an Order must be presented in the form of either a motion or a stipulation. See Civ. L.R. 7-1(a).

Convention, without any requirement of legalization or other equivalent formality. The document to be served or a copy thereof shall be annexed to the request. The request and the document shall both be furnished in duplicate." Hague Service Convention, art. 3, ch.1, Nov. 15, 1965, 20 U.S.T. 361. Pursuant to the Hague Convention, a party may move a court to appoint an international process server in order to serve a party outside the United States. See Allstate Ins. Co. v. Funai Corp., 249 F.R.D. 157, 160 (M.D. Pa. 2008).

Upon review, the Court finds good cause to appoint an international process server to serve documents in this case upon Defendant LG Electronics in Korea. Accordingly, the Court GRANTS Plaintiff's Request and APPOINTS Crowe Foreign Services, 1020 SW Taylor Street, Suite 240, Portland, Oregon, 97205, as an international process server for the purpose of serving documents in this case upon Defendant LG Electronics.

Dated: November 15, 2011

JAMES WARE
United States District Chief Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Christopher J. Cox chris.cox@weil.com
Douglas F. Stewart stewart.douglas@dorsey.com
John David Antoni antoni@aallp.net
John Wade Carpenter john@jwcarpenterlaw.com
Marc N. Bernstein mbernstein@blgrp.com
Mark A. Grant Mgrant@GrantLaw.us
Martha Corcoran Luemers eFilingPA@dorsey.com
Michael V. Solomita msolomita@arelaw.com
Nicholas A Brown brownn@gtlaw.com
Paul Thomas Meiklejohn meiklejohn.paul@Dorsey.com
Robert Walker Adams RWA@nixonvan.com
Updeep S. Gill usg@nixonvan.com
Vincent Joseph Belusko vbelusko@mofo.com
Virginia A. Crisp EfilingVAC@cpdb.com
Will Barnett Fitton wfitton@blgrp.com
Will Barnett Fitton wfitton@blgrp.com
William Paul Schuck pschuck@twtlaw.com

**Dated: November 15, 2011**     **Richard W. Wieking, Clerk**

**By:     /s/ JW Chambers**
         **Susan Imbriani**
         **Courtroom Deputy**

**United States District Court**
For the Northern District of California