John Antoni  (State Bar No. 163738)
ANTONI ALBUS, LLP
11836 W. Pico Boulevard
Los Angeles, CA 90064
Phone: 310-954-8020
Facsimile: 310-954-8988
Email: antoni@aallp.net

Attorneys for Defendant
Zoran Corporation

*IT IS SO ORDERED*
*[Signature] Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **INNOVUS PRIME LLC,** | Case No.  3:11-cv-04223-JW |
| **Plaintiff,** | **STIPULATION TO EXTEND TIME FOR ZORAN CORPORATION TO RESPOND TO SECOND AMENDED COMPLAINT** |
| vs. | |
| **LG ELECTRONICS INC.,** *et al.***,** | Honorable James Ware |
| **Defendants.** | Complaint Filed:  Aug. 26, 2011 |

- 1 -

STIPULATION TO EXTEND TIME FOR ZORAN CORPORATION TO RESPOND TO SECOND AMENDED COMPLAINT

WHEREAS, Plaintiff Innovus Prime LLC ("Plaintiff") filed a second amended complaint on November 2, 2011;

IT IS HEREBY STIPULATED by Plaintiff and Defendant Zoran Corporation that the time for Zoran Corporation to move, answer or otherwise respond to the complaint is extended to and including January 9, 2012.

Plaintiff and Defendant previously stipulated to extend the time for Defendant to respond to the initial Complaint to November 11, 2011.

This stipulated change in time will not alter the date of any event or any deadline currently fixed by Court order.

| LAW OFFICES OF JOHN W. CARPENTER LLC | ANTONI ALBUS, LLP |
|---|---|
| ___*/s/ John W. Carpenter*___ | ___*/s/ John Antoni*___ |
| John W. Carpenter (SBN 221708) | John Antoni (SBN 163738) |
| 12 Metairie Court | 11836 W. Pico Boulevard |
| Metairie, LA 70001-3032 | Los Angeles, CA 90064 |
| (415) 577-0698 | (310) 954-8020 |
| john@jwcarpenterlaw.com | Antoni@aallp.net |
| *Attorneys for Innovus Prime LLC* | *Attorneys for Zoran Corporation* |

November 10, 2011

### ATTESTATION

I, John Antoni, am the ECF User whose identification and password are being used to file this Stipulation to Extend Time for Zoran Corporation to Respond to Second Amended Complaint pursuant to Civil Local Rule 6-1(a). I hereby attest that John W. Carpenter has concurred in this filing.

Dated: November 10, 2011             ANTONI ALBUS, LLP

By: ___*/s/ John Antoni*___
John Antoni
Attorneys for Defendant
Zoran Corporation

- 2 -

STIPULATION TO EXTEND TIME FOR ZORAN CORPORATION TO RESPOND TO SECOND AMENDED COMPLAINT