VINCENT J. BELUSKO (CA SBN 100282)
VBelusko@mofo.com
MORRISON & FOERSTER LLP
555 West Fifth Street
Los Angeles, California  90013-1024
Telephone: 213.892.5200
Facsimile: 213.892.5454

Attorneys for Defendants
MITSUBISHI ELECTRIC CORPORATION, MITSUBISHI
VISUAL SOLUTIONS AMERICA and MITSUBISHI
DIGITAL ELECTRONICS AMERICA, INC.

*IT IS SO ORDERED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INNOVUS PRIME LLC,<br><br>           Plaintiff,<br><br>     v.<br><br>LG ELECTRONICS INC., et al.,<br><br>           Defendant(s). | Case No.   CV 11-4223 JW<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO SECOND AMENDED COMPLAINT FOR PATENT INFRINGEMENT**<br><br>The Honorable James Ware<br><br>Second Amended Complaint Filed: Nov. 2, 2011 |

    Pursuant to Northern District Local Rule 6-1(a), it is hereby stipulated by and between Plaintiff INNOVUS PRIME LLC and Defendants MITSUBISHI ELECTRIC CORPORATION, MITSUBISHI ELECTRIC VISUAL SOLUTIONS AMERICA and MITSUBISHI DIGITAL ELECTRONICS AMERICA, INC. that MITSUBISHI ELECTRIC CORPORATION, MITSUBISHI ELECTRIC VISUAL SOLUTIONS AMERICA and MITSUBISHI DIGITAL ELECTRONICS AMERICA, INC. shall have until and including January 10, 2012 to answer or otherwise respond to the Second Amended Complaint for Patent Infringement.  This extension will not alter the date of any event or any deadline already fixed by Court order.

Attestation of Signatory

The below signatory hereby attests that concurrence in the filing of this document has been obtained from John W. Carpenter.

Dated: November 4, 2011

VINCENT J. BELUSKO
MORRISON & FOERSTER LLP

By: /s/ Vincent J. Belusko
Vincent J. Belusko
Attorneys for Defendants
MITSUBISHI ELECTRIC VISUAL
SOLUTIONS AMERICA and MITSUBISHI
DIGITAL ELECTRONICS AMERICA, INC.

Dated: November 4, 2011

JOHN W. CARPENTER
LAW OFFICES OF JOHN W. CARPENTER LLC

By:/s/ John W. Carpenter
John W. Carpenter
Attorneys for Plaintiff
INNOVUS PRIME LLC