1 CHRISTOPHER J. COX, Bar No. 151650
Email: chris.cox@weil.com
2 WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
3 Redwood Shores, CA 94065
Tel: (650) 802-3000
4 Fax: (650) 802-3100

5 Attorneys for Defendants,
Panasonic Corporation and Panasonic Corporation of North America
6

**IT IS SO ORDERED AS MODIFIED**
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INNOVUS PRIME LLC, | Case No. CV11-04223-JW |
| Plaintiff, | **STIPULATION TO EXTEND TIME FOR DEFENDANTS PANASONIC CORPORATION AND PANASONIC CORPORATION OF NORTH AMERICA TO RESPOND TO SECOND AMENDED COMPLAINT FOR PATENT INFRINGEMENT** |
| v. | |
| LG ELECTRONICS, INC., et al., | |
| Defendants. | |
| | Date of Filing:   8-26-2011 |
| | Hon. James Ware |

By Stipulation and Order entered on October 14, 2011, the time for Defendant Panasonic Corporation of North America ("PNA") to respond to the initial Complaint filed by Plaintiff Innovus Prime LLC (the "Complaint") was extended to November 21, 2011. Plaintiff has since filed a First Amended Complaint and Second Amended Complaint.

By further stipulation, at Plaintiff's request, Defendant Panasonic Corporation ("Panasonic") has agreed to waive formal service of the Second Amended Complaint in Japan in exchange for Plaintiff's consent to an extension of time to allow both Panasonic and PNA to respond at the same time to the Second Amended Complaint.

NOW, THEREFORE, pursuant to Local Rules 6-1 (b), Plaintiff and Defendants,

1 | Panasonic and PNA, agree to extend Panasonic's and PNA's time to respond or otherwise plead
2 | to Plaintiff's Second Amended Complaint, up to and including ~~February 15~~ January 14, 2012.

Pursuant to General Order 45, § X(B) counsel for Panasonic and PNA hereby attests that concurrence in the filing of this document has been obtained from the other signatory of this document.

Dated: November 16, 2011       WEIL, GOTSHAL & MANGES LLP

By: ___*/s/ Christopher J. Cox*___
         Christopher J. Cox

201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000

Attorneys for Defendants
Panasonic Corporation and Panasonic
Corporation of North America

Dated: November 16, 2011       LAW OFFICES OF JOHN W. CARPENTER LLC

By: ___*/s/ John W. Carpenter*___
         John W. Carpenter

12 Metairie Court
Metairie, LA 70001-3032
Telephone: (415) 577-0698

Attorneys for Plaintiff
Innovus Prime LLC

STIPULATION TO EXTEND TIME     2     Case No. CV11 04223 JW