MARTHA C. LUEMERS  (SBN 104658)
DORSEY & WHITNEY LLP
305 Lytton Ave.
Palo Alto, CA 94301
Telephone:  (650) 857-1717
Facsimile:  (650) 857-1288
E-Mail:   efilingpa@dorsey.com
              luemers.martha@dorsey.com

PAUL T. MEIKLEJOHN, *Pro Hac Vice*
DOUGLAS F. STEWART, *Pro Hac Vice*
DORSEY & WHITNEY LLP
701 Fifth Avenue, Suite 6100
Seattle, CA 94303
Telephone:  (206) 903-8800
Facsimile:  (206) 903-8820
E-Mail:   meiklejohn.paul@dorsey.com
              stewart.douglas@dorsey.com

Attorneys for Defendants
Toshiba Corp.
Toshiba America Information Systems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INNOVUS PRIME LLC,<br><br>             Plaintiff,<br><br>v.<br><br>LG ELECTRONICS INC., *et al.*,<br><br>             Defendant. | CASE NO. 3:11-cv-04223-JW<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TOSHIBA CORPORATION AND TOSHIBA AMERICA INFORMATION SYSTEMS, INC. TO RESPOND TO SECOND AMENDED COMPLAINT**<br><br><br>**Honorable James Ware** |

*IT IS SO ORDERED*
*[signature]*
*Judge James Ware*

-1-
**STIPULATION TO EXTEND TIME FOR TOSHIBA DEFENDANTS TO RESPOND TO SECOND
AMENDED COMPLAINT - Case No. 3:11-cv-04223-JW**

IT IS HEREBY STIPULATED by Plaintiff Innovus Prime LLC ("Plaintiff") and Defendants Toshiba Corporation and Toshiba America Information Systems, Inc. (collectively "Toshiba Defendants") that the time for Toshiba Defendants to move, answer, or otherwise respond to Plaintiff's Second Amended Complaint is extended to and including December 15, 2011.

DATED: November 16, 2011        DORSEY & WHITNEY LLP

By: /S/ *Martha C. Luemers*
MARTHA LUEMERS
Attorneys for Defendants
Toshiba Corp.
Toshiba America Information Systems, Inc.

DATED: November 16, 2011        LAW OFFICES OF JOHN W. CARPENTER, LLC

By: /S/ *John W. Carpenter*
JOHN W. CARPENTER (SBN 221708)
Law Offices of John W. Carpenter, LLC
12 Metairie Court
Metairie, LA 70001-3032
(415) 577-0698
john@jwcarpenterlaw.com
Attorneys for Plaintiff
Innovus Prime LLC

Filer's Attestation of Concurrence by Signatory

I, Martha C. Luemers, counsel for Toshiba Corp. and Toshiba America Information Systems, Inc., hereby attest that I have obtained the concurrence of John W. Carpenter in the filing of this document.

/S/ *Martha C. Luemers*
MARTHA C. LUEMERS