Marc N. Bernstein (CA SBN 145837)
Email: mbernstein@blgrp.com
Will B. Fitton (CA SBN 181828)
Email: wfitton@blgrp.com
THE BERNSTEIN LAW GROUP, P.C.
555 Montgomery Street, Suite 1650
San Francisco, California 94111
Telephone: 415-765-6633
Facsimile: 415-283-4804

MICHAEL V. SOLOMITA (*pro hac vice pending*)
AMSTER ROTHSTEIN & EBENSTEIN LLP
90 Park Avenue
New York, New York 10016
Telephone: 212-336-8000
Facsimile: 212-336-8001

Attorneys for Defendants
FUNAI CORPORATION, INC. and
FUNAI ELECTRIC COMPANY, LTD

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — "IT IS SO ORDERED AS MODIFIED" — Judge James Ware]*

# IN THE UNITED STATE DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| INNOVUS PRIME, LLC,<br><br>             Plaintiff,<br><br>     v.<br><br>LG ELECTRONICS, INC., *et al.*,<br><br>             Defendants. | Civil Action No.: 5:11-cv-04223-JW<br><br>**STIPULATION TO EXTEND TIME FOR FUNAI DEFENDANTS TO RESPOND TO COMPLAINT PURSUANT TO CIVIL LOCAL RULE 6-1(a)** |

**STIPULATION RE EXTENSION OF TIME TO RESPOND**

Pursuant to Local Rule 6-1(a), Plaintiff Innovus Prime, LLC and Defendants Funai Electric Co., Ltd., a Japanese company, ("Funai Japan") and Funai Corporation, Inc., its United States subsidiary, ("Funai U.S."), by and through their respective counsel, hereby stipulate and agree that the time for both Funai Japan and Funai U.S. to answer or otherwise respond to the Complaint is extended ~~by sixty days~~, to and including ~~February 10, 2012~~. January 23, 2012.

---

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT     5:11-CV-04223-JW

In accordance with N.D. Cal. General Order No. 45, Section X, the filer of this document hereby attests that the concurrence to the filing of this document has been obtained from the other signatory hereto.

Respectfully submitted,

Dated: December 2, 2011

Marc N. Bernstein
Will B. Fitton
THE BERNSTEIN LAW GROUP, P.C.

Michael V. Solomita
AMSTER, ROTHSTEIN & EBENSTEIN, LLP

By: _____/s/_____
       Will B. Fitton

Attorneys for Defendants
FUNAI CORPORATION, INC. and
FUNAI ELECTRIC COMPANY, LTD

Dated: December 2, 2011

John W. Carpenter
LAW OFFICES OF JOHN W. CARPENTER LLC

By: _____/s/_____
       John W. Carpenter

Attorneys for Plaintiff
INNOVUS PRIME, LLC