1  JOHN W. CARPENTER (Cal. Bar No. 221708)
   Law Offices of John W. Carpenter LLC
2  12 Metairie Court
   Metairie, LA  70001-3032
3  Telephone:  1-415-577-0698
   Facsimile:   1-866-410-6248
4  Email:  john@jwcarpenterlaw.com
5
   *Attorneys for Plaintiff,*
6  *Innovus Prime LLC*
7

**IT IS SO ORDERED AS MODIFIED**
*/s/ James Ware*
Judge James Ware

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

| | |
|---|---|
| **Innovus Prime LLC**<br><br>    Plaintiff and Counterclaim<br>    Defendant<br><br>v.<br><br>**LG Electronics Inc. et al**<br><br>    Defendants<br>    Counterclaimant Vizio, Inc. | Civil Action No. 11- 04223  JW<br><br>**STIPULATION AND** ~~[PROPOSED]~~<br>**ORDER FOR ENLARGING THE TIME PERIOD FOR INNOVUS PRIME LLC TO RESPOND TO PIXELWORKS, INC'S MOTION TO DISMISS**<br><br>Judge:  James Ware |

## STIPULATION

Pursuant to Civil L.R. 6-1(b), Plaintiff and Counterclaim Defendant, Innovus Prime, LLC ("INNOVUS"), and Defendant, Pixelworks, Inc. ("PIXELWORKS"), hereby stipulate to enlarging the time period for INNOVUS to respond PIXELWORKS' Motion to Dismiss, and for PIXELWORKS to reply to INNOVUS' response. Civil Local Rule 7-3 was recently revised to change the briefing schedule for a motion so that an opposition to a motion is due 14 days after the motion was filed, and a reply to the opposition is due 7 days after the opposition is filed, rather than counting backward from the hearing date.

PIXELWORKS' Motion to Dismiss was filed on November 23, 2011.

INNOVUS response to PIXELWORKS' motion is currently due on December 7, 2011.

Because of the Thanksgiving holidays and the upcoming Christmas holidays, INNOVUS needs additional time to respond and because of this enlargement, PIXELWORKS will need additional time to reply to INNOVUS' response.

The hearing date for PIXELWORKS' motion is currently set for January 23, 2012.

The parties have agreed that INNOVUS may have until December 28, 2011 to respond to PIXELWORKS' Motion to Dismiss, and PIXELWORKS will have until January 10, 2012 to reply to INNOVUS' response, or to whatever date and time thereafter may be set by the Court.

This is the first request for a time period enlargement for INNOVUS to respond to PIXELWORKS' motion, and for PIXELWORKS to reply to INNOVUS' response.

This Stipulation would have no material effect on the schedule for this case.

Accordingly, it is hereby stipulated and agreed that INNOVUS' time for responding to PIXELWORKS' Motion to Dismiss be enlarged to December 28, 2011, and PIXELWORKS' time for replying to INNOVUS's response be enlarged to January 10, 2012.

<u>Attestation re: Electronic Signature</u>

I, John W. Carpenter, am the ECF User whose ID and password are being used to file this document. In compliance with General Order 45, § X.B, I hereby attest that Mark Grant has concurred in this filing.

                                                Respectfully submitted,

DATED: Dec. 6, 2011                    By <u>/s/ John W. Carpenter</u>

                                            JOHN W. CARPENTER (Cal. Bar No. 221708)
                                            Law Offices of John W. Carpenter LLC
                                            12 Metairie Court
                                            Metairie, LA  70001-3032
                                            Telephone:  1-415-577-0698
                                            Facsimile:   1-866-410-6248
                                            Email:  john@jwcarpenterlaw.com

                                            *Attorneys for Plaintiff,*
                                            *Innovus Prime LLC*

DATED: Dec. 6, 2011                    By <u>/s/ Mark Grant</u>

                                            Mark A. Grant (CA SBN 182840)
                                            Grant & Associates
                                            14632 Golf Links Dr.
                                            Los Gatos, CA 95032
                                            Telephone: (408) 399-4545
                                            Facsimile: (408) 399-6464
                                            Email:  mgrant@grantlaw.us

                                            Attorney for Defendant
                                            Pixelworks, Inc. Corporation

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

_____
Hon. James Ware