Nicholas A. Brown (SBN 198210)
GREENBERG TRAURIG, LLP
153 Townsend Street, 8th Fl.
San Francisco, CA 94107
Telephone:  (415) 655-1300
Facsimile:  (415) 707-2010
Email:  brownn@gtlaw.com

Attorneys for Defendant
LG Electronics, U.S.A., Inc. and
LG Electronics, Inc.
LG Electronics MobileCom U.S.A., Inc.

*IT IS SO ORDERED*
*Judge James Ware*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Innovus Prime LLC,<br><br>         Plaintiff,<br><br>         v.<br><br>LG Electronics Inc., et al.<br><br>         Defendants. | CASE NO. 3:11-cv-04223 JW<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT LG ELECTRONICS, U.S.A., INC. AND LG ELECTRONICS, INC. TO RESPOND TO COMPLAINT**<br><br>Complaint Filed:  August 26, 2011<br><br>2nd Amended<br>Complaint Filed:  November 2, 2011 |

STIPULATION TO EXTEND TIME FOR
DEFENDANT LG ELECTRONICS, U.S.A. AND
LG ELECTRONICS MOBILECOM, U.S.A. TO
RESPOND TO COMPLAINT
CHI 61,838,418v1 12-9-11

Case No. 3:11-CV-04223-JW

WHEREAS, Plaintiff Innovus Prime LLC ("Plaintiff") filed a second amended complaint on November 2, 2011;

IT IS HEREBY STIPULATED by Plaintiff and defendants LG Electronics U.S.A., Inc. and LG Electronics, Inc. that the time for LG Electronics, U.S.A., Inc. LG Electronics, Inc. to move, answer or otherwise respond to the complaint is extended to and including January 27, 2012.

Plaintiff and LG Electronics U.S.A. Inc., previously stipulated (1) to extend the time for LG Electronics U.S.A. Inc. to respond to the initial complaint to November 10, 2011; and (2) to extend the time for LG Electronics U.S.A. Inc. to respond to the initial complaint to December 9, 2011.

LG Electronics, Inc. has not previously requested or received any extensions of time in this matter.

This stipulated change in time will not alter the date of any event or any deadline currently fixed by Court order.

Filer's Attestation Of Concurrence By Signatory

I, Nicholas A. Brown, counsel for Defendants LG Electronics, U.S.A., Inc. and LG Electronics, Inc. hereby attest that LG Electronics U.S.A., Inc. and LG Electronics, Inc. has obtained the concurrence of John W. Carpenter in the filing of this document.

DATED: December 9, 2011                    GREENBERG TRAURIG, LLP


By:_____/s/ *Nicholas A. Brown*_____
   Nicholas A. Brown
   Attorneys for Defendant
   LG Electronics, U.S.A., Inc.,
   LG Electronics, Inc., and
   LG Electronics MobileCom U.S.A., Inc.

STIPULATION TO EXTEND TIME FOR          -1-           Case No. 3:11-CV-04223-JW
DEFENDANT LG ELECTRONICS, U.S.A. AND
LG ELECTRONICS MOBILECOM, U.S.A. TO
RESPOND TO COMPLAINT
CHI 61,838,418v1 12-9-11

Of Counsel:
   Richard D. Harris
   Kevin J. O'Shea
   Jeffrey G. Mote
   GREENBERG TRAURIG, LLP
   77 West Wacker Drive, Suite 3100
   Chicago, IL 60601
   Telephone: (312) 456-1025
   Facsimile: (312) 899-0385

DATED: December 9, 2011        LAW OFFICES OF JOHN W. CARPENTER, LLC

By: ____/s/ *John W. Carpenter (by permission)*__
   John W. Carpenter (SBN) 221708
   Law Offices of John W. Carpenter, LLC
   12 Metairie Court
   Metairie, LA 70001-3032
   (415) 577-0698
   Email: john@jwcarpenterlaw.com
   Attorneys for Plaintiff
   INNOVUS PRIME LLC

STIPULATION TO EXTEND TIME FOR DEFENDANT LG ELECTRONICS, U.S.A. AND LG ELECTRONICS MOBILECOM, U.S.A. TO RESPOND TO COMPLAINT   -2-   Case No. 3:11-CV-04223-JW

*CHI 61,838,418v1 12-9-11*