VIRGINIA A. CRISP (State Bar No. 121387)
COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California  94111-4213
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email:   ef-vac@cpdb.com

ROBERT W. ADAMS (*Pro Hac Vice*)
U. S. GILL (*Pro Hac Vice*)
NIXON & VANDERHYE P.C.
901 North Glebe Road, 11th Floor
Arlington, Virginia  22203
Telephone: 703.816.4000
Facsimile: 703.816.4100
Email: rwa@nixon.com,
          usg@nixonvan.com

Attorneys for Defendants
SHARP CORPORATION, SHARP ELECTRONICS
MANUFACTURING COMPANY OF AMERICA,
INC. and SHARP ELECTRONICS
CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| INNOVUS PRIME LLC,<br><br>            Plaintiff,<br><br>      v.<br><br>LG ELECTRONICS INC., *et al*.,<br><br>            Defendants. | Case No. 3:11-CV-04223-JW<br><br>**JOINT MOTION TO STAY PROCEEDINGS AGAINST SHARP DEFENDANTS**<br>[Civil Local Rule 7-11]<br><br>Complaint Filed:  Aug. 26, 2011<br>Trial Date:          None Set |

      Plaintiff Innovus Prime LLC and Defendants, Sharp Corporation, Sharp Electronics Manufacturing Company of America, Inc. and Sharp Electronics Corporation ("Sharp Defendants"), jointly request an order staying all judicial proceedings in this action, including discovery and trial-related deadlines and time periods.  In support of their joint motion, the parties state as follows:

      1.      Plaintiff and the Sharp Defendants have reached an agreement in principle regarding the settlement of their disputes in this matter, which will result in the dismissal of the

1  Sharp Defendants.

2      2.    Plaintiff and the Sharp Defendants anticipate that it will require approximately sixty (60) days to finalize and document the tentative settlement.

    3.    Good cause exists for such a stay because it is in the interests of judicial economy to suspend active litigation of this matter while Plaintiff and the Sharp Defendants attempt to finalize and formalize their settlement in principle.

WHEREFORE, the parties jointly request the Court enter an Order that:

    1.    Stays all judicial proceedings, discovery and trial deadlines in this action against the Sharp Defendants for a period of sixty (60) days;

    2.    Allows either Plaintiff or the Sharp Defendants to apply to the Court for an order lifting the stay, upon that party's good faith determination that the parties will be unable to finalize the terms of the settlement; and

    3.    Allows Plaintiff and the Sharp Defendants to jointly apply to the Court for an order extending the stay in the event the settlement has not been finalized within sixty (60) days.

Respectfully submitted,

Dated: January 18, 2012

COBLENTZ, PATCH, DUFFY & BASS LLP

By: _____
Virginia A. Crisp
Attorneys for Defendants
SHARP CORPORATION, SHARP ELECTRONICS MANUFACTURING COMPANY OF AMERICA, INC. and SHARP ELECTRONICS CORPORATION

LAW OFFICES OF JOHN W. CARPENTER LLC

By: _____
John W. Carpenter
Attorneys for Plaintiff
INNOVUS PRIME LLC