1 | JOSEPH E. THOMAS (State Bar No. 101443)
*jthomas@twtlaw.com*
2 | WILLIAM J. KOLEGRAFF (State Bar No. 183861)
*wkolegraff@twtlaw.com*
3 | **THOMAS WHITELAW LLP**
18101 Von Karman Avenue, Suite 230
4 | Irvine, California  92612-7132
Telephone:     (949) 679-6400
5 | Facsimile:       (949) 679-6405

6 | W. PAUL SCHUCK (State Bar No. 203717)
*pschuck@twtlaw.com*
7 | **THOMAS WHITELAW LLP**
Three Embarcadero Center, Suite 1350
8 | San Francisco, California  94111
Telephone:     (415) 820-0400
9 | Facsimile:       (415) 820-0405

Attorneys for Defendant VIZIO, INC.

*IT IS SO ORDERED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INNOVUS PRIME LLC,<br><br>          Plaintiff,<br><br>     vs.<br><br>LG ELECTRONICS INC., et al.,<br><br>          Defendants. | CASE NO. CV 11 4223 JW<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION OF DISMISSAL OF COUNTERCLAIMS WITHOUT PREJUDICE**<br><br>Complaint Filed:  August 26, 2011<br>Judge:  The Honorable James Ware |

CV 11 4223 JW
[PROPOSED] ORDER

**[PROPOSED] ORDER**

The Court, having considered the above joint request and good cause appearing therefore, HEREBY ORDERS as follows:

Pursuant to Fed. R. Civ. P. 41(a)(2):

1. The Counterclaims of Toshiba Corporation and Toshiba America Information Systems, Inc. are dismissed without prejudice.

2. The Counterclaims of Panasonic Corporation and Panasonic Corporation of North America are dismissed without prejudice.

3. The Counterclaims of VIZIO, Inc. are dismissed without prejudice.

PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.

DATED: February 22 _____, 2012

_____
THE HONORABLE JAMES WARE
UNITED STATES DISTRICT COURT JUDGE