JOHN W. CARPENTER (Cal. Bar No. 221708)
Law Offices of John W. Carpenter LLC
12 Metairie Court
Metairie, LA 70001-3032
Telephone: 1-415-577-0698
Facsimile: 1-866-410-6248
Email: john@jwcarpenterlaw.com

*Attorneys for Plaintiff,*
*Innovus Prime LLC*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Innovus Prime LLC**<br><br>  Plaintiff and Counterclaim<br>  Defendant<br><br>  v.<br><br>**LG Electronics Inc. et al**<br><br>  Defendant and Counterclaimant | Civil Action No. 11- 04223 JW<br><br>**STIPULATION AND [PROPOSED] ORDER PURSUANT TO CIVIL LOCAL RULE 6-1(b) TO EXTEND TIME FOR PLAINTIFF INNOVUS TO SUBMIT ITS PRELIMINARY INFRINGEMENT CONTENTIONS IN ACCORDANCE WITH PATENT LOCAL RULES 3-1 AND 3-2**<br><br>**JUDGE:** Hon. James Ware |

1

CASE NO. CV 11-4223 JW STIPULATION TO EXTEND TIME FOR ALLOWING PLAINTIFF TO SUBMIT ITS PIC.

## Stipulation

Pursuant to Civil L.R. 6-1(b), Plaintiff Innovus Prime LLC ("INNOVUS") and Defendants LG Electronics Inc. et al ("Defendants LG") hereby stipulate to extend the time for INNOVUS to submit its Preliminary Infringement Contentions ("PIC") to Defendants LG in accordance with Patent Local Rules 3-1 and 3-2.

INNOVUS' PIC is currently due on February 24, 2012.

The parties have discussed INNOVUS' request for extending the time for INNOVUS to submit its PIC to Defendants LG and have agreed that it would be in their best interests to allow INNOVUS additional time to comply with Patent Local Rules 3-1 and 3-2.

This is the first request for a time modification for INNOVUS to submit its PIC to Defendants LG.

The present requested time modification would have no material effect on the schedule for this case.

Accordingly, it is hereby stipulated and agreed that INNOVUS may have until **March 16, 2012** to submit its PIC to Defendants LG.

Respectfully submitted,

DATED: February 22, 2012                By: /s/ John W. Carpenter

JOHN W. CARPENTER (Cal. Bar No. 221708)
Law Offices of John W. Carpenter LLC
12 Metairie Court
Metairie, LA 70001-3032
Telephone: 1-415-577-0698
Facsimile: 1-866-410-6248
Email: john@jwcarpenterlaw.com

*Attorneys for Plaintiff,*
*Innovus Prime LLC*

2

CASE NO. CV 11-4223 JW STIPULATION TO EXTEND TIME FOR ALLOWING PLAINTIFF TO SUBMIT ITS PIC.

DATED: February 22, 2012                             Greenberg Traurig LLP

                                                     By:  /s/  Kevin J. O'Shea
                                                          Kevin J. O'Shea (Pro Hac Vice)
                                                          Attorneys for Defendants
                                                          LG Electronics Inc.
                                                          LG Electronics U.S.A. Inc.

## ATTESTATION

I, John W. Carpenter, am the ECF User whose identification and password are being used to file this Stipulation to Extend Time for Plaintiff to Submit its Preliminary Infringement Contentions, pursuant to Civil Local Rule 6-1(b). I hereby attest that Kevin J. O'Shea has concurred in this filing.

DATED: February 22, 2012                   /s/ John W. Carpenter

CASE NO. CV 11-4223 JW STIPULATION TO EXTEND TIME FOR ALLOWING PLAINTIFF TO SUBMIT ITS PIC.

|   |   |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 |  |
| 3 | PURSUANT TO STIPULATION AND UPON GOOD CAUSE SHOWN, IT IS SO |
| 4 | ORDERED. |
| 5 |  |
| 6 | Dated February 27, 2012 |
| 7 | The Honorable James Ware<br>United States District Judge |

(Note: "PROPOSED" is struck through.)

Dated February 27, 2012

*/s/ James Ware*
The Honorable James Ware
United States District Judge

4

CASE NO. CV 11-4223 JW STIPULATION TO EXTEND TIME FOR ALLOWING PLAINTIFF TO SUBMIT ITS PIC.