JOHN W. CARPENTER (Cal. Bar No. 221708)
Law Offices of John W. Carpenter LLC
12 Metairie Court
Metairie, LA 70001-3032
Telephone: 1-415-577-0698
Facsimile: 1-866-410-6248
Email: john@jwcarpenterlaw.com

*Attorneys for Plaintiff,*
*Innovus Prime LLC*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Innovus Prime LLC**<br><br>    Plaintiff and Counterclaim Defendant<br><br>    v.<br><br>**LG Electronics Inc. et al**<br><br>    Defendant and Counterclaimant | Civil Action No. 11- 04223 JW<br><br>**STIPULATION AND [PROPOSED] ORDER PURSUANT TO CIVIL LOCAL RULE 6-1(b) TO EXTEND TIME FOR PLAINTIFF INNOVUS TO SUBMIT ITS PRELIMINARY INFRINGEMENT CONTENTIONS IN ACCORDANCE WITH PATENT LOCAL RULES 3-1 AND 3-2**<br><br>**JUDGE:** Hon. James Ware |

## Stipulation

Pursuant to Civil L.R. 6-1(b), Plaintiff Innovus Prime LLC ("INNOVUS") and Defendants LG Electronics Inc. et al ("Defendants LG") hereby stipulate to extend the time for INNOVUS to submit its Preliminary Infringement Contentions ("PIC") to Defendants LG in accordance with Patent Local Rules 3-1 and 3-2.

INNOVUS' PIC is currently due on March 16, 2012.

The parties have discussed INNOVUS' request for extending the time for INNOVUS to submit its PIC to Defendants LG and have agreed that it would be in their best interests to allow INNOVUS additional time to comply with Patent Local Rules 3-1 and 3-2.

This is the first request for a time modification for INNOVUS to submit its PIC to Defendants LG.

The present requested time modification would have no material effect on the schedule for this case.

Accordingly, it is hereby stipulated and agreed that INNOVUS may have until March 30, 2012 to submit its PIC to Defendants LG.

Respectfully submitted,

DATED: March 14, 2012

By: /s/ John W. Carpenter

JOHN W. CARPENTER (Cal. Bar No. 221708)
Law Offices of John W. Carpenter LLC
12 Metairie Court
Metairie, LA 70001-3032
Telephone: 1-415-577-0698
Facsimile: 1-866-410-6248
Email: john@jwcarpenterlaw.com

*Attorneys for Plaintiff,*
*Innovus Prime LLC*

2

CASE NO. CV 11-4223 JW STIPULATION TO EXTEND TIME FOR ALLOWING PLAINTIFF TO SUBMIT ITS PIC.

DATED: March 14, 2012               Greenberg Traurig LLP

                                    By:  /s/ Kevin J. O'Shea
                                         Kevin J. O'Shea (Pro Hac Vice)
                                         Attorneys for Defendants
                                         LG Electronics Inc.
                                         LG Electronics U.S.A. Inc.

## ATTESTATION

I, John W. Carpenter, am the ECF User whose identification and password are being used to file this Stipulation to Extend Time for Plaintiff to Submit its Preliminary Infringement Contentions, pursuant to Civil Local Rule 6-1(b). I hereby attest that Kevin J. O'Shea has concurred in this filing.

DATED: March 14, 2012               /s/ John W. Carpenter

3

CASE NO. CV 11-4223 JW STIPULATION TO EXTEND TIME FOR ALLOWING PLAINTIFF TO SUBMIT ITS PIC.

## [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION AND UPON GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated __March 16____, 2012         _____*James Ware*_____
                                                                          The Honorable Hon. James Ware
                                                                          United States District Judge

CASE NO. CV 11-4223 JW STIPULATION TO EXTEND TIME FOR ALLOWING PLAINTIFF TO SUBMIT ITS PIC.