John W. Carpenter (Cal. Bar No. 221708)
Law Offices of John W. Carpenter LLC
12 Metairie Court
Metairie, LA  70001-3032
Telephone:  1-415-577-0698
Facsimile:   1-866-410-6248
Email: john@jwcarpenterlaw.com

*Attorneys for Plaintiff,*
*Innovus Prime LLC*

Nicholas A. Brown  (CA SBN 198210)
brownn@gtlaw.com
Greenberg Traurig LLP
4 Embarcadero Center, Suite 3000
San Francisco, CA 94111
Telephone: 415.655.1300
Facsimile: 415.707.2010

Richard D. Harris
harris@gtlaw.com
Jeffrey G. Mote
motej@gtlaw.com
Kevin J. O'Shea
osheak@gtlaw.com
Greenberg Traurig LLP
77 West Wacker Drive
Chicago, IL  60601
Telephone:  312.456.8400
Facsimile:  312.456.8435

*Attorneys for Defendants LG Electronics, Inc.*
*and LG Electronics U.S.A., Inc.*

IT IS SO ORDERED
Judge James Ware

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| INNOVUS PRIME LLC, | ) |
| | ) Case No.: CV-11-4223 JW |
| Plaintiff, | ) |
| | ) **STIPULATION AND [PROPOSED]** |
| v. | ) **ORDER PURSUANT TO CIVIL LOCAL** |
| | ) **RULE 6-1(b) TO EXTEND TIME FOR** |
| LG ELECTRONICS, INC., et al., | ) **DEFENDANTS TO SUBMIT** |
| | ) **PRELIMINARY INVALIDITY** |
| Defendant(s). | ) **CONTENTIONS IN ACCORDANCE** |
| | ) **WITH PATENT LOCAL RULES 3-3 AND** |
| | ) **3-4, AND TO MODIFY THE CASE** |
| | ) **MANAGEMENT ORDER TO ALLOW** |
| | ) **PLAINTIFF INNOVUS ASSERT** |
| | ) **INFRINGEMENT OF ONLY THE** |
| | ) **APPARATUS CLAIMS OF THE** |
| | ) **PATENT-IN-SUIT** |
| | ) |

1

CASE NO. CV 11-4223 JW STIPULATION TO MODIFY CASE MANAGEMENT STATEMENT ORDER.

### Stipulation

Pursuant to Civil L.R. 6-1(b), Plaintiff Innovus Prime LLC ("INNOVUS") and Defendants LG Electronics Inc. et al. (collectively, "LG") hereby stipulate to extend the time for LG to submit its Preliminary Invalidity Contentions to INNOVUS in accordance with Patent Local Rules 3-3 and 3-4. INNOVUS and LG further stipulate to modify the deadlines for Disclosures pursuant to the Patent Local Rules, in view of the extension of the deadline for LG to submit its Preliminary Invalidity Contentions. INNOVUS and LG further stipulate to amend the Case Management Order to allow INNOVUS to assert infringement of only the apparatus claims (*i.e.*, claims 4-6), and not the method claims, of U.S. Patent No. 5,280,350 ("the '350 patent").

### Stipulation as to LG's Service of its Preliminary Invalidity Contentions and Related Dates

After two agreed extensions of the deadline to serve its Preliminary Infringement Contentions, INNOVUS served its contentions on April 3, 2012. Pursuant to Patent Local Rule 3-3, LG's Preliminary Invalidity Contentions are due on May 18, 2012. The parties have been discussing settlement and, therefore, LG wishes to extend the deadline for service of its Preliminary Invalidity Contentions to June 22, 2012. This is LG's first request for a modification of the deadline for service of its Preliminary Invalidity Contentions. INNOVUS agrees with this extension.

As a result of the extension of the deadline for LG to serve its Preliminary Invalidity Contentions, other deadlines in the Scheduling Order will need to be extended by a similar time period. Accordingly, it is hereby stipulated and agreed that the that the current deadlines for Patent Local Rule Disclosures set forth in the Patent Scheduling Order (Dkt. No. 144) be modified to the dates set forth in the following chart. As a result of these modifications, the *Markman* hearing will be re-scheduled, subject to the Court's availability, from November 9, 2012 to December 10, 2012.

| Event | Parties' Joint Proposal |
|---|---|
| Defendants' Preliminary Invalidity Contentions under Patent L.R. 3-3 and accompanying document production under Patent L.R. 3-4 | June 22, 2012 |
| Exchange of Proposed Terms and Elements for Construction under Patent L.R. 4-1 | July 13, 2012 |
| Exchange of Preliminary Claim Constructions and Extrinsic Evidence under Patent L.R. 4-2 | August 3, 2012 |
| Joint Claim Construction and Pre-hearing Statement under Patent L.R. 4-3 | August 31, 2012 |
| Claim Construction Discovery Cutoff under Patent L.R. 4-4 | September 28, 2012 |
| Last day to file and serve Plaintiff's Claim Construction Brief under Patent L.R. 4-5(a) | October 9, 2012 |
| Last day to file and serve Defendants' Claim Construction Brief under Patent L.R. 4-5(b) | November 9, 2012 |
| Last day to file and serve Plaintiff's Reply Claim Construction Brief under Patent L.R. 4-5(c) | November 21, 2012 |
| *Markman* hearing (subject to the convenience of the Court's calendar) | December 10, 2012 |
| If needed, Advice of Counsel disclosures under Patent L.R. 3-7 | No later than 50 days after service by the Court of its claim construction ruling |

3

CASE NO. CV 11-4223 JW STIPULATION TO MODIFY CASE MANAGEMENT STATEMENT ORDER.

**Stipulation as to the Case Management Order**

On February 7, 2012 the Court issued an Order granting INNOVUS the right to amend its Second Amended Claim and file a Third Amended Complaint wherein INNOVUS would withdraw its claims for indirect infringement. (Dkt. No. 144.) Accordingly, INNOVUS filed its Third Amended Complaint on February 12, 2012. (Dkt. No. 145.) As a result of the withdrawal of the indirect infringement claims, INNOVUS is presently withdrawing without prejudice allegations of LG's infringement of the method claims of the '350 patent. Accordingly, INNOVUS at this early stage in the proceeding has elected to assert infringement by LG of the apparatus claims (*i.e.* claims 4-6) of the '350 patent, and not the method claims. Should evidence be obtained during discovery that LG infringes the method claims, INNOVUS reserves the right to amend its Third Amended Complaint, and amend the Case Management Order, in accordance with the Federal Rules of Civil Procedure and the Civil and Patent Local Rules, to allege LG's infringement of the method claims. The requested modification of the Case Management Order would conform the Case Management Order with INNOVUS' Third Amended Complaint with respect to which claims are alleged to be infringed.

Accordingly, it is hereby stipulated and agreed that Defendants LG be allowed to submit its Preliminary Invalidity Contentions ("PIC") to INNOVUS on or before or on June 22, 2012, and the remaining deadlines for Patent Local Rule Deadlines are modified as indicated herein. It is further stipulated and agreed that the Case Management Order be modified to reflect that INNOVUS is presently alleging that LG is infringing the apparatus claims, and not the method claims, of the '350 patent.

Respectfully submitted,

DATED: May 15, 2012

By: /s/ John W. Carpenter

JOHN W. CARPENTER (Cal. Bar No. 221708)
Law Offices of John W. Carpenter LLC
12 Metairie Court
Metairie, LA 70001-3032
Telephone: 1-415-577-0698
Facsimile: 1-866-410-6248
Email: john@jwcarpenterlaw.com

4

CASE NO. CV 11-4223 JW STIPULATION TO MODIFY CASE MANAGEMENT STATEMENT ORDER.

*Attorneys for Plaintiff Innovus Prime LLC*

DATED: May 15, 2012

By: /s/ Kevin J. O'Shea
Nicholas A. Brown (CA SBN 198210)
brownn@gtlaw.com
GREENBERG TRAURIG LLP
4 Embarcadero Center, Suite 3000
San Francisco, CA 94111
Telephone: 415.655.1300
Facsimile: 415.707.2010

Richard D. Harris
harris@gtlaw.com
Jeffrey G. Mote
motej@gtlaw.com
Kevin J. O'Shea
osheak@gtlaw.com
GREENBERG TRAURIG LLP
77 West Wacker Drive
Chicago, IL 60601
Telephone: 312.456.8400
Facsimile: 312.456.8435

*Attorneys for Defendants LG Electronics, Inc. and LG Electronics U.S.A., Inc.*

## ATTESTATION

I, John W. Carpenter, am the ECF User whose identification and password are being used to file this Stipulation to: Extend Time for Defendants to Submit Preliminary Invalidity Contentions, Modify the Court Management Statement and Order, and Permit INNOVUS to allege Infringement of the Apparatus Claims, all pursuant to Civil Local Rule 6-1(b). I hereby attest that Defendants' counsel, Kevin J. O'Shea, has concurred in this filing.

DATED: May 15, 2012                          /s/ John W. Carpenter

CASE NO. CV 11-4223 JW STIPULATION TO MODIFY CASE MANAGEMENT STATEMENT ORDER.

1 ~~[PROPOSED]~~ **ORDER**

2

3    PURSUANT TO STIPULATION AND UPON GOOD CAUSE SHOWN, IT IS SO
4 ORDERED.

5

6 Dated ___May 16___, 2012        _/s/ James Ware_____
7                                  The Honorable Hon. James Ware
                                   United States District Judge

CASE NO. CV 11-4223 JW STIPULATION TO MODIFY CASE MANAGEMENT STATEMENT ORDER.