| | |
|---|---|
| John W. Carpenter (Cal. Bar No. 221708) | Nicholas A. Brown  (CA SBN 198210) |
| Law Offices of John W. Carpenter LLC | brownn@gtlaw.com |
| 12 Metairie Court | Greenberg Traurig LLP |
| Metairie, LA  70001-3032 | 4 Embarcadero Center, Suite 3000 |
| Telephone: 1-415-577-0698 | San Francisco, CA 94111 |
| Facsimile:  1-866-410-6248 | Telephone: 415.655.1300 |
| Email: john@jwcarpenterlaw.com | Facsimile: 415.707.2010 |

*Attorneys for Plaintiff,
Innovus Prime LLC*

Richard D. Harris
harris@gtlaw.com
Jeffrey G. Mote
motej@gtlaw.com
Kevin J. O'Shea
osheak@gtlaw.com
Greenberg Traurig LLP
77 West Wacker Drive
Chicago, IL  60601
Telephone:  312.456.8400
Facsimile:  312.456.8435

*Attorneys for Defendants LG Electronics, Inc.
and LG Electronics U.S.A., Inc.*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| INNOVUS PRIME LLC, | ) |
| | ) Case No.: CV-1 1-4223 JW |
| Plaintiff, | ) |
| | ) **STIPULATION AND [PROPOSED]** |
| v. | ) **ORDER PURSUANT TO CIVIL LOCAL** |
| | ) **RULE 6-2 TO EXTEND TIME FOR** |
| LG ELECTRONICS, INC., et al., | ) **PLAINTIFF AND DEFENDANTS TO** |
| | ) **SUBMIT THEIR JOINT CLAIM** |
| Defendant(s). | ) **CONSTRUCTION AND PRE-HEARING** |
| | ) **STATEMENT IN ACCORDANCE WITH** |
| | ) **PATENT LOCAL RULE 4-3** |

1

**Stipulation**

Pursuant to Civil L.R. 6-2, Plaintiff Innovus Prime LLC ("INNOVUS") and Defendants LG Electronics Inc. et al. (collectively, "LG") hereby stipulate to extend the time for INNOVOUS and LG to submit their Joint Claim Construction and Pre-Hearing Statement in accordance with Patent Local Rules 4-3.

Scheduling conflicts in other matters, as well as unforeseeable issues, including a power outage in the offices of INNOVUS's attorney that disrupted his operations, have hampered the parties' efforts to finalize the Joint Claim Construction and Pre-Hearing Statement, which is presently due.

Accordingly, the parties wish to extend the time for filing their Joint Claim Construction and Pre-Hearing Statement from September 10, 2012 to September 14, 2012. The requested time modification will have no effect on the remaining schedule of this case.

This is INNOVUS and LG's second request for a modification of the date for filing the parties' Joint Claim Construction and Pre-Hearing Statement under Patent L.R 4-3.

Accordingly, it is hereby stipulated and agreed that INNOVUS and Defendants LG be allowed to submit their Joint Claim Construction and Pre-Hearing Statement on or before September 14, 2012.

Respectfully submitted,

DATED: September 10, 2012          By: /s/ John W. Carpenter

JOHN W. CARPENTER (Cal. Bar No. 221708)
Law Offices of John W. Carpenter LLC
12 Metairie Court
Metairie, LA  70001-3032
Telephone:  1-415-577-0698
Facsimile:   1-866-410-6248
Email:  john@jwcarpenterlaw.com

*Attorneys for Plaintiff Innovus Prime LLC*

DATED:  September 10, 2012          By:  /s/  Nicholas A. Brown
Nicholas A. Brown  (CA SBN 198210)
brownn@gtlaw.com

2

GREENBERG TRAURIG LLP
4 Embarcadero Center, Suite 3000
San Francisco, CA 94111
Telephone: 415.655.1300
Facsimile: 415.707.2010

Richard D. Harris
harris@gtlaw.com
Jeffrey G. Mote
motej@gtlaw.com
Kevin J. O'Shea
osheak@gtlaw.com
GREENBERG TRAURIG LLP
77 West Wacker Drive
Chicago, IL  60601
Telephone:  312.456.8400
Facsimile:  312.456.8435

*Attorneys for Defendants LG Electronics, Inc. and LG Electronics U.S.A., Inc.*

## ATTESTATION

I, Nicholas A. Brown, am the ECF User whose identification and password are being used to file this Stipulation to: Extend Time for Plaintiff and Defendants to Submit their Joint Claim Construction and Pre-Hearing Statement in Accordance with Patent Local Rule 4-3.  I hereby attest that Plaintiff's counsel, John W. Carpenter, has concurred in this filing.

DATED: September 10, 2012          /s/ Nicholas A. Brown

## [PROPOSED] ORDER

PURSUANT TO STIPULATION AND UPON GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated:  September 11, 2012          /s/ Jeffrey S. White
The Honorable Jeffrey White
United States District Judge