| | |
|---|---|
| John W. Carpenter (Cal. Bar No. 221708)<br>Law Offices of John W. Carpenter LLC<br>12 Metairie Court<br>Metairie, LA 70001-3032<br>Telephone: 1-415-577-0698<br>Facsimile: 1-866-410-6248<br>Email: john@jwcarpenterlaw.com<br><br>Attorneys for Plaintiff,<br>Innovus Prime LLC | Nicholas A. Brown (CA SBN 198210)<br>brownn@gtlaw.com<br>Greenberg Traurig LLP<br>4 Embarcadero Center, Suite 3000<br>San Francisco, CA 94111<br>Telephone: 415.655.1300<br>Facsimile: 415.707.2010<br><br>Richard D. Harris<br>harris@gtlaw.com<br>Kevin J. O'Shea<br>osheak@gtlaw.com<br>Greenberg Traurig LLP<br>77 West Wacker Drive<br>Chicago, IL 60601<br>Telephone: 312.456.8400<br>Facsimile: 312.456.8435<br><br>*Attorneys for Defendants LG Electronics,*<br>*Inc. and LG Electronics U.S.A., Inc.* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| INNOVUS PRIME LLC,<br><br>      Plaintiff,<br><br>v.<br><br>LG ELECTRONICS, INC., et al.,<br><br>      Defendant(s). | **CASE NO.** Case No.: CV-11-4223 JW<br><br>[PROPOSED] **ORDER PURSUANT TO CIVIL LOCAL RULE 6-2 TO EXTEND DEADLINES FOR DEFENDANTS TO FILE THEIR CLAIM CONSTRUCTION BRIEF AND FOR PLAINTIFF TO FILE ITS REPLY CLAIM CONSTRUCTION BRIEF** |

Pursuant to the stipulation of the parties and good cause appearing therefore,

**IT IS HEREBY ORDERED** and agreed that (i) LG be allowed to file its Claim Construction Brief on December 21, 2012, and that (ii) INNOVUS be allowed to file its Reply Claim Construction Brief on January 6, 2013.

January 2, 2013
Dated: ~~December ___, 2012~~

*[signature: Jeffrey S. White]*

The Honorable Jeffrey S. White

United States District Judge