| | |
|---|---|
| John W. Carpenter (Cal. Bar No. 221708)<br>Law Offices of John W. Carpenter LLC<br>12 Metairie Court<br>Metairie, LA 70001-3032<br>Telephone: 1-415-577-0698<br>Facsimile: 1-866-410-6248<br>Email: john@jwcarpenterlaw.com<br><br>*Attorneys for Plaintiff,*<br>*Innovus Prime LLC* | Nicholas A. Brown (CA SBN 198210)<br>brownn@gtlaw.com<br>Greenberg Traurig LLP<br>4 Embarcadero Center, Suite 3000<br>San Francisco, CA 94111<br>Telephone: 415.655.1300<br>Facsimile: 415.707.2010<br><br>Richard D. Harris<br>harris@gtlaw.com<br>Kevin J. O'Shea<br>osheak@gtlaw.com<br>Greenberg Traurig LLP<br>77 West Wacker Drive<br>Chicago, IL 60601<br>Telephone: 312.456.8400<br>Facsimile: 312.456.8435<br><br>*Attorneys for Defendants LG Electronics, Inc.*<br>*and LG Electronics U.S.A., Inc.* |

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| INNOVUS PRIME LLC,<br><br>    Plaintiff,<br><br>v.<br><br>LG ELECTRONICS, INC., et al.,<br><br>    Defendant(s).<br>_____ | ) Case No.: CV-1 1-4223 JW<br>)<br>) **STIPULATION AND [PROPOSED]**<br>) **ORDER PURSUANT TO CIVIL LOCAL**<br>) **RULE 6-2 TO EXTEND DEADLINE**<br>) **FOR PLAINTIFF TO FILE ITS REPLY**<br>) **CLAIM CONSTRUCTION BRIEF**<br>)<br>) |

### Stipulation

Pursuant to Civil L.R. 6-2, Plaintiff Innovus Prime LLC ("INNOVUS") and Defendants LG Electronics Inc. et al. (collectively, "LG") hereby stipulate to extend the deadlines for (i) LG to file its Claim Construction Brief, and (ii) INNOVOUS to file its Reply Claim Construction Brief.

At the most recent Case Management Conference, the Court set a claim construction briefing schedule, pursuant to which INNOVUS's Claim Construction Brief was due on November 30, 2012; LG's Claim Construction Brief was due on December 14, 2012; and INNOVUS's Reply Claim Construction Brief was due on December 21, 2012. (Rec. Doc. No. 170.) The Claim Construction Tutorial was scheduled to take place on February 27, 2013, and the Claim Construction Hearing was scheduled for March 6, 2013. (*Id.*)

INNOVUS timely filed its Claim Construction Brief on November 30, 2012. (Rec. Doc. No. 172.) However, due to unforeseen circumstances, including a deposition in another matter that was necessarily scheduled during the week of December 10, 2012, LG was unable to finalize and file its Claim Construction Brief by December 14, 2012. Accordingly, on December 14, 2012 the parties filed a Stipulation (Dkt. 173), and [Proposed] Order, requesting this Court to allow LG to extend the deadline for LG's Claim Construction Brief by one week, from December 14, 2012 to December 21, 2012, and to extend the deadline for INNOVUS's Reply Claim Construction Brief from December 21, 2012 to January 6, 2013, to accommodate the Christmas and New Year holidays. On January 2, 2013 the Court signed the Order [Dkt.175].

Because of various reasons, including weather conditions and the holidays, a key principle for INNOVUS has not been able to return to his office this past week in time to review INNOVUS's Reply Claim Construction Brief Reply. Accordingly, the parties wish to allow INNOVUS to extend the deadline for INNOVUS's Reply Claim Construction Brief from January 6, 2013 to January 14, 2013

1 | This modification will not effect the remaining claim construction schedule for the Tutorial and the Claim Construction Hearing.

This is the parties' second request to modify the claim construction briefing schedule

Accordingly, it is hereby stipulated and agreed that INNOVUS be allowed to file its Reply Claim Construction Brief on January 14, 2013.

Respectfully submitted,

DATED: January 4, 2013

By: /s/ John W. Carpenter

JOHN W. CARPENTER (Cal. Bar No. 221708)
Law Offices of John W. Carpenter LLC
12 Metairie Court
Metairie, LA  70001-3032
Telephone:  1-415-577-0698
Facsimile:   1-866-410-6248
Email:  john@jwcarpenterlaw.com

*Attorneys for Plaintiff Innovus Prime LLC*

DATED: January 4, 2013

By:  /s/  Kevin J. O'Shea
Nicholas A. Brown  (CA SBN 198210)
brownn@gtlaw.com
GREENBERG TRAURIG LLP
4 Embarcadero Center, Suite 3000
San Francisco, CA 94111
Telephone: 415.655.1300
Facsimile: 415.707.2010

Richard D. Harris
harris@gtlaw.com
Jeffrey G. Mote
motej@gtlaw.com
Kevin J. O'Shea
osheak@gtlaw.com
GREENBERG TRAURIG LLP
77 West Wacker Drive
Chicago, IL  60601
Telephone:  312.456.8400
Facsimile:  312.456.8435

*Attorneys for Defendants LG Electronics, Inc. and LG Electronics U.S.A., Inc.*

CASE NO. CV 11-4223 JSW STIPULATION TO EXTEND DEADLINE FOR PLAINTIFF TO FILE ITS REPLY CLAIM CONSTRUCTION BRIEF

## ATTESTATION

I, John W. Carpenter, am the ECF User whose identification and password are being used to file this Stipulation to Extend Deadline for Plaintiff to File Its Reply Claim Construction Brief. I hereby attest that Defendant's counsel, Kevin J. O'Shea, has concurred in this filing.

DATED: January 4, 2013                         /s/ John W. Carpenter

## [PROPOSED] ORDER

PURSUANT TO STIPULATION AND UPON GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated: January  4 , 2013                         _____
                                                 The Honorable Jeffrey S. White
                                                 United States District Judge