IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INNOVUS PRIME LLC, <br><br>    Plaintiff and Counterclaim-Defendant, <br><br> v. <br><br> LG ELECTRONICS, INC. and LG ELECTRONICS USA, INC., <br><br>    Defendants and Counterclaimants. | No. C 11-04223 JSW <br><br> **ORDER VACATING MARKMAN HEARING** |

Based on the representations of counsel at the tutorial and the Court's consideration, the Court HEREBY VACATES the Markman hearing currently schedule for April 23, 2013. The parties shall engage in court-sponsored mediation at their earliest convenience, and complete such mediation by no later than June 28, 2013. Within five court days of completion of the mediation process, the parties shall submit a joint status report, indicating whether the mediation was successful or proposing dates to reset the Markman hearing.

**IT IS SO ORDERED.**

Dated: April 17, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE