| | |
|---|---|
| JOHN WADE CARPENTER (SBN 221708)<br>Law Offices of John W. Carpenter LLC<br>829 Baronne Street<br>New Orleans, LA 70113<br>Telephone: (504) 581-9311<br>Facsimile: (866) 410-6248<br>Email: john@jwcarpenterlaw.com<br><br>William J. Bohler (Cal. Bar No. 141970)<br>Law Office of William Bohler<br>5424 Sunol Blvd. #10-258<br>Pleasanton, California 94566<br>Telephone: (650) 218-6652<br>Email: wjbohler@comcast.net<br><br>Attorneys for Plaintiff,<br>Innovus Prime LLC | Nicholas A. Brown (SBN 198210)<br>brown@gtlaw.com<br>Greenberg Traurig LLP<br>4 Embarcadero Center, Suite 3000<br>San Francisco, CA 94111<br>Telephone: 415.655.1300<br>Facsimile: 415.707.2010<br><br>Richard D. Harris<br>harris@gtlaw.com<br>Kevin J. O'Shea<br>osheak@gtlaw.com<br>Greenberg Traurig LLP<br>77 West Wacker Drive<br>Chicago, IL 60601<br>Telephone: 312.456.8499<br>Facsimile: 312.456.8435<br><br>Attorneys for Defendants, LG Electronics, Inc.<br>and LG Electronics U.S.A., Inc. |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| INNOVUS PRIME LLC,<br><br>Plaintiff,<br><br>v.<br><br>LG ELECTRONICS, INC., et al<br><br>Defendants. | Case No. CV 11-04223 (JSW)<br><br>[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION ~~MOTION~~ FOR DISMISSAL WITH PREJUDICE<br><br>Judge: The Honorable Jeffrey S. White |

    Stipulation

    The Joint ~~Motion~~ of Plaintiff Innovus Prime LLC ("Innovus Prime") and Defendants LG Electronics, Inc. and LG Electronics U.S.A. Inc. (collectively, "LG") is **GRANTED** and **IT IS HEREBY ORDERED** that, pursuant to Federal Rule of Civil Procedure 41(a)(2), Innovus Prime's claims for relief against LG, and LG's claims for relief against Innovus Prime are dismissed with prejudice. Each party shall bear its own attorneys' fees, costs and expenses.

1  DATED this __10th__ day of March, 2014

BY THE COURT:

*Jeffrey S White*
_____
Honorable Jeffrey S. White
United States District Judge